**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO – WESTERN DIVISION**
**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Ronald Brotherton, Task Force Officer (TFO) with the Drug Enforcement

Administration (DEA), being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am a TFO with the DEA and have served in this capacity since approximately

January of 2019.  I am also a Detective with the Sandusky Police Department (SPD).  I have

been with SPD since May 2012.  I attended the Ohio Peace Officer's Training Academy

(OPOTA) in Medina, Ohio and graduated from the Police Academy in 2012.  I am a certified

Police Officer through the State of Ohio.  As a Task Force Officer with DEA, I am an

"investigative or law enforcement officer" of the United States within the meaning of Title 18,

United States Code, Section 2510(7), that is, an officer of the United States who is

empowered by law to conduct investigations of and to make arrests for offenses enumerated

in Title 18, United States Code, Section 2516(1).

2.      I have received training and experience in interviewing and interrogation

techniques, arrest procedures, search and seizure, narcotics, search warrant applications, and

various other crimes.  In the course of my training and experience, I have become familiar with

the methods and techniques associated with the distribution of narcotics, the laundering of drug

proceeds, and the organization of drug conspiracies.  In the course of conducting these

investigations, your affiant has been involved in the use of the following investigative

techniques:  interviewing informants and cooperating witnesses, conducting physical

surveillance, conducting short-term undercover operations, analyzing telephone pen register and

caller identification system data, conducting court-authorized electronic surveillance including

1

the use of tracking devices, and preparing and executing search warrants which have led to the

substantial seizure of narcotics, firearms and other contraband.

3.　　　I am familiar with the methods that drug traffickers use to conduct their business,

including, but not limited to, their methods of importing and distributing controlled substances,

their use of mobile telephones, computers and other electronic devices, their use of businesses,

houses, and other facilities in which controlled substances are stored and meetings are

conducted, and their use of numeric codes and code words to conduct their drug transactions. I

am also familiar with drug traffickers' use of communications devices, and texting applications

and programs on such devices to conduct their business, including, but not limited to,

transmitting information regarding price, quantity, and transportation of controlled substances.

4.　　　The facts contained in this affidavit are based upon my personal knowledge, the

investigation, and the observations of other investigating officers and agents.  All observations

referenced below that were not personally made by me were relayed to me by individuals with

reliable information concerning those observations.  This affidavit contains information

necessary to support probable cause for a criminal complaint.  It is not intended to include each

and every fact and matter observed by me or known to the government.  The facts and

circumstances of the offense and subsequent identification of the suspect are listed below.

5.　　　This affidavit is made in support of an arrest warrant for Kenneth JAMES and

Mark ADAMS EL for federal firearms and drug trafficking violations, including:

> a.　as to JAMES, violations of Title 21, United States Code, Sections 841(a)(1)
> (Possession of a Controlled Substance with the Intent to Distribute) and 846
> (Drug Conspiracies), as well as Title 18, United States Code, Section
> 922(g)(1) (Felon in Possession of a Firearm); and
>
> b.　as to Adams El, violations of Title 21, United States Code, Sections 841(a)(1)
> (Possession of a Controlled Substance with the Intent to Distribute) and 846
> (Drug Conspiracies), as well as Title 18, United States Code, Sections

922(g)(1) (Felon in Possession of a Firearm) and 924(c) (Possession of a
Firearm in Furtherance of a Drug Trafficking Crime);

referred to collectively as the "Target Offenses."

**PROBABLE CAUSE**

6.     On January 22, 2024, the Ohio State Highway Patrol (OSHP) conducted a traffic
stop on a black Ford pickup in Toledo, Ohio.  OSHP identified the operator of the Ford pickup,
which was registered to Adams Capital Associates, LLC, [1] as ADAMS EL.  After a canine
alerted to the odor of narcotics, OSHP searched the Ford and located seven packages of
suspected cocaine, totaling 8,033 gross grams, a Ziploc bag containing approximately 100 gross
grams of suspected cocaine, U.S. Currency, and a stolen, loaded 9mm Sig Sauer, semi-automatic
handgun.  ADAMS EL was released from the traffic stop.

7.     During March of 2025, the DEA identified ADAMS EL as a cocaine supplier for
JAMES.  In early March of 2024, a confidential source (CS) called JAMES and requested to
purchase multiple ounces of cocaine as part of a controlled purchase operation.[2]  JAMES told the

---

[1]     Ohio Secretary of State records indicate that Adams Capital Associates LLC is owned by
"Mark A. Adams EL". When formed in 2016, Adams Capital Associates LLC described its
purpose as, "ASSISTS PERSONS WITH CASH FLOW BY ARRANGING FOR THE
PURCHASE OF MORTGAGE NOTES, STRUCTURED SETTLEMENTS, ANNUTIWES
[(sic)], LOTTERY WINNINGS AND OTHER CASH FLOWS." In 2023, the entity filed an
amendment in which it described its purpose as, "Offering the best in ground transportation."

The entity is also registered with the United States Department of Transportation, USDOT
Number 3132627, where the entity provides its physical address as 2006 Oakwood Avenue,
Toledo, Ohio.

[2]     During the controlled operation, law enforcement used the following measures: prior to the
controlled purchase, controlling agents met with the CS at a predetermined location where the
CS's person and vehicle were searched for contraband with no contraband being found.  The CS
contacted JAMES via cell phone to confirm and/or place the order for narcotics.  After receiving
directions from JAMES as to when and where to meet for the transaction, the CS was provided
audio recording/transmitting equipment by controlling agents as well as pre-recorded law
enforcement funds to purchase the narcotics.  Surveillance was maintained on CS as he/she
traveled from the predetermined location to the location of the transaction. After completing the

CS he would be ready in about fifteen minutes, confirmed where to meet him in Toledo, and confirmed the price for the cocaine with the CS. Minutes later, investigators observed JAMES briefly step outside of JAMES' residence at 739 Brighton, Toledo, Ohio, and then return back into the residence.  At this time the CS told JAMES that the CS was in the area of 739 Brighton. JAMES told the CS that he was almost ready. Shortly thereafter, investigators observed JAMES exit 739 Brighton and walk to meet with the CS. JAMES provided the CS multiple ounces of cocaine and received payment from the CS. The cocaine from this controlled purchase was tested and found to contain 125.4 grams of cocaine hydrochloride.

8.      On October 7, 2025, the DEA obtained federal search warrants for several locations associated to ADAMS EL and JAMES.

9.      On October 8, 2025, Law Enforcement observed ADAMS EL arrive and park in the 1400 block of West Woodruff Avenue, Toledo, Ohio.  ADAMS EL was operating a maroon Dodge pickup, also registered to Adams Capital Associates LLC.  A short time later, Law Enforcement observed JAMES walk up and enter the front, passenger side of the Dodge pickup. Law Enforcement pulled behind the Dodge pickup with visible red/blue lights activated.  JAMES exited the truck, and it appeared he was attempting to distance himself from the Dodge pickup.

10.      Law Enforcement searched the persons of JAMES and ADAMS EL and located U.S. Currency, including approximately $5,000 on ADAMS EL and $2,000 on JAMES.  A search was conducted of the Dodge pickup and Law Enforcement located one package of suspected cocaine, totaling 1299.48 gross grams, inside of the center console.  The suspected

---

transaction, the CS traveled under surveillance and again met with controlling agents at a predetermined location.  Agents ended the audio recording and recovered the equipment, the purchased narcotics, and any unspent funds. The CS's person and vehicle were again searched for contraband, with none being found.  Controlling agents completed a debrief of the CS and then released the CS from the predetermined location.

cocaine was packaged with gray, duct tape style tape with the letters "R T" written on the package.

11.     Law Enforcement then executed search warrants, including ADAMS EL's residence at 2006 Oakwood Avenue, Toledo, Ohio, and JAMES' residence at 739 Brighton Avenue, Toledo, Ohio.

12.     During the search of 2006 Oakwood Avenue, Toledo, Ohio, Law Enforcement located two packages of suspected cocaine, totaling 2,329.99 gross grams.  One of the packages was packaged with gray, duct tape style tape with the letters "R T" written on the package, like the package located from the Dodge pickup.  Law Enforcement also located five, loaded semi-automatic handguns and an AR-15 style semi-automatic rifle in the house – as regarded the bedroom in particular, one pistol was located in each nightstand on each side of the bed, and another pistol and the AR-15 were located under a nearby dresser. In the nightstand next to ADAMS EL's bed where ADAMS EL's driver's license and other possessions were located, agents recovered a Taurus G2C 9mm pistol. Based on review of publicly available information, Taurus does not manufacture such pistols in Ohio. The bulk cocaine described above was found in the closet of the same bedroom. In order to reach the closet containing the cocaine from only entrance in the hallway, an individual needed to pass the areas containing the several firearms. Despite the pistol being co-located near ADAMS EL's identification and numerous weapons being located near bulk narcotics associated to ADAMS EL, a female present at the scene, K.A., claimed ownership of every firearm found in the house.

13.     During the search of JAMES' residence at 739 Brighton, Toledo, Ohio, Law Enforcement located a Smith & Wesson Shield 9mm pistol with two loaded magazines in JAMES' bedroom in an unlocked gun case. Based on inquiries of publicly available information,

Smith & Wesson does not manufacture such pistols in Ohio. Again, a female present at the scene, S.H., claimed ownership of the pistol but could not describe the make or model of the weapon. Mail and medication in the room both contained JAMES' information.

14.     A review of JAMES' criminal history revealed, among other arrests and encounters, the following:

   a.  In 1993, JAMES was convicted of Trafficking in Drugs in the Lucas County Court of Common Pleas.

   b.  In 2003, JAMES was arrested for Trafficking in Drugs and convicted of Possession of Drugs in the Lucas County Court of Common Pleas.

   c.  In 2007, JAMES was arrested for Trafficking in Drugs and convicted of Possession of Drugs in the Lucas County Court of Common Pleas.

   d.  In 2012, JAMES was arrested for Trafficking in Drugs and convicted of Disorderly Conduct in the Lucas County Court of Common Pleas.

   e.  In 2019, JAMES was convicted of Trafficking Cocaine in the Lucas County Court of Common Pleas.

15.     A review of ADAMS EL's criminal history revealed, among other arrests and encounters, the following:

   a.  In 1982, ADAMS EL was arrested for Possession of Drugs and convicted of Permitting Drug Abuse.

   b.  In 1985, ADAMS EL was arrested for Trafficking in Marijuana with no disposition listed.

   c.  In 1987, ADAMS EL was convicted of Trafficking in Drugs in the Lucas County Court of Common Pleas.

   d.  In 1992, ADAMS EL was convicted of Aggravated Drug Trafficking in the Lucas County Court of Common Pleas.

   e.  In 2006, ADAMS EL was arrested for two counts of Dangerous Drugs in Genessee County, Michigan. He was convicted of one count of Controlled Substance-Delivery/MFG (Heroin or Cocaine) 1000 or more grams in the 7th Judicial Circuit Court of Michigan and sentenced to a term of 126-to-360 months of imprisonment.

6

**CONCLUSION**

16.    Based on the information set forth in this Affidavit, and my training and experience, I respectfully submit there is probable cause to believe that from in or around January of 2024 until in or around October of 2025, in the Northern District of Ohio, MARK ADAMS EL and JAMES committed the acts above, constituting violations of the Target Offenses.

Respectfully Submitted,

_____

Ronald Brotherton
Task Force Officer
Drug Enforcement Administration

Sworn to via telephone on this 9th day of
October 2025 after submission by reliable
electronic means Fed.R.Crim.P. 4.1 and 41(d)(3)

_____

Honorable Darrell A. Clay
United States Magistrate Judge